

United States Department of Justice

*United States Attorney*
*District of Connecticut*

District of Connecticut
FILED AT BRIDGEPORT

*Connecticut Financial Center*  (203) 821-3700
*157 Church Street, 25th Floor*  Fax (203) 773-5376
*New Haven, Connecticut  06510*  www.justice.gov/usao/ct

<u>*Via Electronic Mail*</u>

November 26, 2018

The Honorable William I. Garfinkel, U.S.M.J.
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

3:18mc127 HBF

<u>**Attention: Ms. Kathi Torres, Courtroom Deputy**</u>

**Re: Babar Khan**

Dear Judge Garfinkel:

    I write concerning Babar Khan, who is a target in an ongoing investigation. From the information provided to me, it appears that Mr. Khan would qualify for a court-appointed attorney. Please be advised that the Federal Public Defender's Office has a conflict of interest in representing Mr. Khan.

    If you have any questions, please feel free to contact me. Thank you for your assistance in this matter.

Very truly yours,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Harold H. Chen

HAROLD CHEN
ASSISTANT UNITED STATES ATTORNEY
(203) 696-3037