UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:18MC127(HBF) |
| | : | |
| v. | : | |
| | : | |
| BABAR KHAN | : | July 14, 2020 |

## MOTION TO UNSEAL CASE

The United States of America, by John H. Durham, United States Attorney for the District of Connecticut, and by Harold H. Chen, Assistant United States Attorney, moves the Court for an order unsealing the above-referenced matter. This defendant has been charged in the pending case of *United States v. Babar Khan et al.*, Case No. 3:19CR314(SRU), and counsel was appointed for him pursuant to the Criminal Justice Act.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

  */s/ Harold H. Chen*
HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar. No. ct24432
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000 / (203) 579-5575 (Fax)
Harold.Chen@usdoj.gov

The foregoing Motion is hereby GRANTED/DENIED this ____ day of _____, 2020.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE